No. 77–430.  OGLETREE ET AL. *v.* UNITED STATES; and

No. 77–432.  SCOTT ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 555 F. 2d 522.

No. 77–443.  JOSEPH SKILKEN & CO. ET AL. *v.* CITY OF TOLEDO ET AL.  C. A. 6th Cir.  Certiorari denied. ▇

No. 77–446.  TENNESSEE VALLEY AUTHORITY ET AL. *v.* EASTLAND ET AL.  C. A. 5th Cir.  Certiorari denied. ▇

No. 77–544.  BLUE CROSS OF WESTERN PENNSYLVANIA *v.* MARSH, U. S. DISTRICT JUDGE (COLES, REAL PARTY IN INTEREST).  C. A. 3d Cir.  Certiorari denied. ▇

No. 77–554.  GLOBE LININGS, INC., ET AL. *v.* CITY OF CORVALLIS ET AL.  C. A. 9th Cir.  Certiorari denied. ▇

No. 77–569.  ZURN ENGINEERS *v.* CALIFORNIA EX REL. DEPARTMENT OF WATER RESOURCES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied. ▇

No. 77–571.  MOODY *v.* TEXAS.  Ct. Civ. App. Tex., 9th Sup. Jud. Dist.  Certiorari denied. ▇

No. 77–579.  MARTIN ET UX. *v.* GIRARD TRUST BANK.  C. A. 3d Cir.  Certiorari denied. ▇

No. 77–586.  MCCARTHY ET AL. *v.* BRISCOE, GOVERNOR OF TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied. ▇

No. 77–590.  TIMMONS *v.* MCGRATH.  Sup. Ct. S. C.  Certiorari denied.